# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHIVANI BHATIA, M.D., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:21-cv-02748-SDG-RGV |
| CHILDREN'S HEALTHCARE OF ATLANTA, INC., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Shivani Bhatia, M.D. and Defendant Children's Healthcare of Atlanta, Inc. (collectively, "Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby agree, stipulate, and respectfully file their Joint Stipulation of Dismissal, voluntarily dismissing all claims asserted in the above-styled case without prejudice, with the respective Parties to bear their own costs and fees.

Respectfully submitted, this 16th day of March, 2022.

/s/ *Oladimeji A. Ogunsola*
Cary Ichter
Georgia Bar No. 382515
cichter@ichterdavis.com
Oladimeji A. Ogunsola
Georgia Bar No. 857808
dogunsola@ichterdavis.com
ICHTER DAVIS LLC
3340 Peachtree Street, N.E., Suite 1530
Atlanta, GA 30326
Tel: 404-869-7600
FAX: 404-869-7610

ATTORNEYS FOR PLAINTIFF

/s/ *Philip L. Lu\**
Owen T. Hill
Georgia Bar No. 354393
ohill@littler.com
Philip L. Lu
Georgia Bar No. 890037
plu@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326
Tel: 404-233-0330
Fax: 404-233-2361

ATTORNEYS FOR DEFENDANT
*signed by Oladimeji A. Ogunsola with express permission from Philip L. Lu.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SHIVANI BHATIA, M.D.,

        Plaintiff,

v.

CHILDREN'S HEALTHCARE OF
ATLANTA, INC.,

        Defendant.

CIVIL ACTION NO. 1:21-cv-02748-SDG-RGV

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of March 2022, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notice to all attorneys of record.

*/s/ Oladimeji A. Ogunsola*
Oladimeji A. Ogunsola